DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BRIAN J. SHEPARD,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2868

[September 3, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Charles A. Schwab, Judge; L.T. Case No. 562012CF001942.

Robert David Malove of The Law Offices of Robert David Malove, Fort Lauderdale, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Mitchell A. Egber, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and FORST, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***